# In the United States Court of Federal Claims

No. 96-652 C
(Filed: May 3, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *

**INTERNATIONAL SCIENCE AND TECHNOLOGY INSTITUTE, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 11, 2003, counsel for the parties in this action were reminded that, on September 8, 2003, this case would be converted to electronic case filing. In that order, the Court directed counsel to "act forthwith to be registered and trained" in the case management/ electronic case filing (CM/ECF) system. Counsel for Plaintiff has not done so.

Therefore, it is ORDERED that counsel for Plaintiff[1] will become registered and trained in the CM/ECF system on or before May 13, 2004.

It is further ORDERED that the initial filing of an order containing this same language, which was made on April 30, 2004, shall be STRICKEN due to the lack of signature appearing on the signature line.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge

---

[1] Counsel for Plaintiff also needs to become registered and trained in the CM/ECF system because he is counsel of record in three other cases styled *International Science & Technology Institute, Inc. v. United States*, Nos. 97-617 C, 97-693 C, and 97-694 C.