IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL SCIENCE & TECHNOLOGY INSTITUTE, INC., | ) | |
| Plaintiff, | ) | No. 96-652C |
| v. | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO FILE STATUS REPORT**

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of 45 days for the parties to file a joint status report. If granted, the enlargement would enlarge the time within which to file a joint status report from May 13, 2004 to June 28, 2004. Counsel for the Government has conferred with plaintiff's counsel regarding this request, and has been authorized to represent that plaintiff does not object to the enlargement.

This case was stayed by the Court until 30 days after the resolution of International Science& Technology Institute, Inc, v. United States, (Fed. Cl. 96-251C). On May 13, 2004, the United States Court of Appeals for the Federal Circuit affirmed the Court's grant of summary judgment in case 96-251C. Since that time, the parties have begun considering the effect of the affirmance of the summary judgment upon this case and the other three cases pending between the parties. This process is not complete, however, because of the complexity of the issues involved, the lapse of time between the stay and the Court of Appeals's decision, and the large amount of turnover of Government employees (including counsel of record) during this period.

Undersigned counsel is also in the process of preparing for a trial before Judge Gibson in Aptus Company v. United States (Fed. Cl. 01-361C), which is scheduled to commence on May 24, 2004, and will be in Michigan next week meeting with witnesses.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for an enlargement of time of 45 days, through and including June 28, 2004, for the filing of a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-7965

May 6, 2004

Attorneys for Defendant