# In the United States Court of Federal Claims

No. 96-652C

| | |
|---|---|
| INTERNATIONAL SCIENCE & TECHNOLOGY INSTITUTE, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Chief Judge Damich |

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm and address for HILARY S. CAIRNIE, counsel of record for International Science and Technology Institute, Inc., has changed. The new address is as follows:

HILARY S. CAIRNIE
VORYS SATER SEYMOUR & PEASE LLP
1828 L Street, NW
Suite 1100
Washington, DC 20036
Tele: 202.467.8888
Fax: 202.533.9026

Respectfully submitted,

May 12, 2004

s/ Hilary S. Cairnie
HILARY S. CAIRNIE
Vorys, Sater, Seymour and Pease, LLP
1828 L Street, NW
Suite 1100
Washington, DC 20036
Tele: 202.467.8888
Fax: 202.533.9026

Counsel of Record for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2004, I served or caused to be served by facsimile, e-mail, courier or other means, a copy of Plaintiff's Notice of Change of Address on the following persons:

Andrew P. Averbach
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: 202.307.0290
Fax: 202.514.7965

s/ Hilary S. Cairnie