# In the United States Court of Federal Claims

No. 96-652 C
(Filed: December 9, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *

**INTERNATIONAL SCIENCE AND TECHNOLOGY INSTITUTE, INC.**

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 3, 2004, Plaintiff filed a Motion to Voluntarily Dismiss this case pursuant to Rule 41(a) of the Rules of the Court of Federal Claims. The motion is hereby GRANTED.

The Clerk of the Court is directed to dismiss this case.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge